United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17716-ref
Robert E. Karr                                                          Chapter 13
Deborah E Karr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 3           Date Rcvd: Dec 20, 2017
                             Form ID: 309I           Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db/jdb         +Robert E. Karr,   Deborah E Karr,   1925 Andre Court,   Reading, PA 19610-1423
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,   2901 St. Lawrence Avenue,   P.O. Box 4010,
                 Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14013795       +Aspire Cardholder Services,   Po Box 105555,   Atlanta, GA 30348-5555
14024931       +Bank of America, N.A.,   c/o Matteo S. Weiner, Esq.,   701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14013802       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
14013803       +Citibank/Shell Oil,   Citicorp Srvs/ Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
14013804       +Citibank/Sunoco,   Citicorp Credit Card/Centralized Bankrup,   Po Box 790040,
                 St Louis, MO 63179-0040
14013805       +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
14013806       +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
                 Saint Louis, MO 63179-0040
14013816       +DSRM National Bank/Diamond Shamrock/Vale,   Po Box 631,   Amarillo, TX 79105-0631
14013818        Fst Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
14013820        Internal Revenue Service,   221 W. Wisconsin Avenue,   Suite 807,   Milwaukee, WI 53203
14013822       +Leroys Jewelers,   Sterling Jewelers, Inc/Attn: Bankruptcy,   Po Box 1799,
                 Akron, OH 44309-1799
14013824       +PA Department of Revenue,   P.O. Box 280948,   Harrisburg, PA 17128-0948
14013844       +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: PHERBEIN@AOL.COM Dec 21 2017 01:42:14     PAUL H. HERBEIN,
                 Paul H. Herbein, Attorney At Law, P.C.,   2601 Centre Avenue,   Reading, PA  19603
smg            +E-mail/Text: robertsl2@dnb.com Dec 21 2017 01:43:45     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 21 2017 01:43:34     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14013794       +EDI: AMEREXPR.COM Dec 21 2017 01:38:00     Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
14013796       +EDI: BANKAMER.COM Dec 21 2017 01:38:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
14013797       +EDI: TSYS2.COM Dec 21 2017 01:38:00     Barclays Bank Delaware,   100 S West St,
                 Wilmington, DE 19801-5015
14013798       +EDI: CAPITALONE.COM Dec 21 2017 01:38:00     Capital One,   General Correspondence,
                 Po Box 30285,   Salt lake City, UT 84130-0285
14013799       +EDI: CAPITALONE.COM Dec 21 2017 01:38:00     Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
14013800       +EDI: MERRICKBANK.COM Dec 21 2017 01:38:00     Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
14013801       +EDI: CHASE.COM Dec 21 2017 01:38:00     Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
14013807        EDI: WFNNB.COM Dec 21 2017 01:38:00     Comenity Bank/Bon Ton,   Attn: Bankruptcy,
                 Po Box 18215,   Columbus, OH 43218
14013808       +EDI: WFNNB.COM Dec 21 2017 01:38:00     Comenity Bank/Pier 1,   Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
14013809       +EDI: WFNNB.COM Dec 21 2017 01:38:00     Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
14013810       +EDI: WFNNB.COM Dec 21 2017 01:38:00     Comenitycap/frontgate,   Po Box 182120,
                 Columbus, OH 43218-2120
14013811       +EDI: WFNNB.COM Dec 21 2017 01:38:00     Comenitycapital/boscov,   Comenity Bank,
                 Po Box 182125,   Columbus, OH 43218-2125
14013812       +EDI: CRFRSTNA.COM Dec 21 2017 01:38:00     Credit First National Assoc,
                 Attn: BK Credit Operations,   Po Box 81315,   Cleveland, OH 44181-0315
14013813       +EDI: RCSFNBMARIN.COM Dec 21 2017 01:38:00     Credit One Bank Na,   Po Box 98873,
                 Las Vegas, NV 89193-8873
14013814        EDI: RCSDELL.COM Dec 21 2017 01:38:00     Dell Financial Services,   Attn: Bankruptcy,
                 Po Box 81577,   Austin, TX 78708
14013815       +EDI: DISCOVER.COM Dec 21 2017 01:38:00     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14013819       +E-mail/Text: bankruptcy@fult.com Dec 21 2017 01:45:14     Fulton Bank,   1695 E State St,
                 E Petersburg, PA 17520-1328
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 3                   Date Rcvd: Dec 20, 2017
                              Form ID: 309I               Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14013821      +EDI: CBSKOHLS.COM Dec 21 2017 01:38:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
               Milwaukee, WI 53201-3043
14013823      +E-mail/Text: bnc@nordstrom.com Dec 21 2017 01:42:36      Nordstrom Fsb,    Correspondence,
               Po Box 6555,    Englewood, CO 80155-6555
14020147       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:10
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA   17128-0946
14030183      +EDI: JEFFERSONCAP.COM Dec 21 2017 01:38:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14024392       EDI: Q3G.COM Dec 21 2017 01:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
14013828      +EDI: RMSC.COM Dec 21 2017 01:38:00      SYNCB/Ikea,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013830      +EDI: RMSC.COM Dec 21 2017 01:38:00      SYNCB/Texaco,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013829      +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/PLCC,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013831      +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013825      +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/car Care Pep B,    Po Box 96060,
               Orlando, FL 32896-0001
14013826      +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/citgo,    Po Box 965060,    Orlando, FL 32896-5060
14013827      +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013832      +EDI: RMSC.COM Dec 21 2017 01:38:00      Syncb/wolf Furniture,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013833      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14014416      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
14013834      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013835      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013836      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013837      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Gap,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013838      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013839      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
14013840      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/ShopNBC,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013841      +EDI: RMSC.COM Dec 21 2017 01:38:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14013842      +EDI: WTRRNBANK.COM Dec 21 2017 01:38:00      Target,    C/O Financial & Retail Srvs,
               Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14013843      +EDI: WTRRNBANK.COM Dec 21 2017 01:38:00      Tnb-Visa (TV) / Target,
               C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
14013817       EDI: USBANKARS.COM Dec 21 2017 01:38:00      Elan Financial Service,    Po Box 108,
               Saint Louis, MO 63166
                                                                                                TOTAL: 47

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
               Reading, PA 19606-0410
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
14013793      ##+AIG Federal Savings Bank,    Aig Federal Savings Bank,    Po Box 8733,
               Wilmington, DE 19899-8733
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4         User: Lisa              Page 3 of 3              Date Rcvd: Dec 20, 2017
                             Form ID: 309I           Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
              PAUL H. HERBEIN    on behalf of Debtor Robert E. Karr PHERBEIN@AOL.COM,  herbeinlaw@gmail.com
              PAUL H. HERBEIN    on behalf of Joint Debtor Deborah E Karr PHERBEIN@AOL.COM,  herbeinlaw@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert E. Karr** | Social Security number or ITIN | xxx−xx−0686 |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah E Karr** | Social Security number or ITIN | xxx−xx−8031 |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 11/13/17 |
| Case number: | 17−17716−ref | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert E. Karr | Deborah E Karr |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1925 Andre Court<br>Reading, PA 19610 | 1925 Andre Court<br>Reading, PA 19610 |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. HERBEIN<br>Paul H. Herbein, Attorney At Law, P.C.<br>2601 Centre Avenue<br>Reading, PA 19603 | Contact phone (610) 921−4545<br>Email: PHERBEIN@AOL.COM |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610−779−1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office −− 8:30 A.M. to 5:00 P.M Reading Office −− 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 12/20/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 16, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/17/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/16/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/12/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $50.00 per month for 60 months. **The hearing on confirmation will be held on: 3/1/18 at 9:00 AM Location:Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |