```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             : CHAPTER 13
                                   :
ROBERT E. KARR and                 :
DEBORAH E. KARR                    :
                                   : BANKRUPTCY NO. 17-17716-REF
              DEBTORS              :
                                   :
ROBERT E. KARR and                 :
DEBORAH E. KARR                    :
                                   :
              MOVANTS              :
                                   :
         v.                        :
                                   :
COMMONWEALTH OF PENNSYLVANIA       :
DEPARTMENT OF REVENUE              :
                                   : Related to Doc. 21
              RESPONDENT           :
```

## PROOF OF SERVICE

I hereby certify that on behalf of the Commonwealth of Pennsylvania, Department of Revenue, I am on this date by first class mail serving the attached Withdrawal upon the below-named at the following addresses:

Robert E. Karr                       Paul H. Herbein, Esq.
Deborah E. Karr                      Paul H. Herbein, Attorney At
1925 Andre Court                       Law, P.C.
Reading, PA 19610                    2601 Centre Avenue
                                     Reading, PA 19603

William Miller*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

          Respectfully,

Date:  November 21, 2018      */s/ Christos A. Katsaounis*
Christos A. Katsaounis
Senior Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
ckatsaouni@pa.gov
Attorney ID No. 20196 (PA)
Telephone: (717) 346-4643
Facsimile: (717) 772-1459