## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.   17-17716 |
| | : | |
| **Robert E. Karr** | **:** | |
|    **Deborah E. Karr** | **:** | |
|       Debtors | : | CHAPTER 13 |
| | : | |

### PRAECIPE TO WITHDRAW

### ANSWER TO MOTION OF KENNETH BRUCE KANE
### FOR RELIEF FROM THE AUTOMATIC STAY

    AND NOW, comes Robert E. Karr and Deborah E. Karr, Debtors herein by their attorney Paul H. Herbein, Esquire and   requests this honorable court to withdraw the above answer.

1. .

WHEREFORE, Debtors request this Honorable Court to withdraw debtors' answer to relief from the automatic stay.

                      Respectfully submitted,

                      /s/ Paul H. Herbein, Esquire
                      PAUL H. HERBEIN, ESQUIRE
Dated:   August 20, 2019      Attorney for Debtors
                      Attorney I.D. #55200
                      2601 Centre Avenue
                      Reading, PA   19605
                      (610) 921-4545