| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-17716-PMM**

ROBERT E  KARR
DEBORAH E  KARR
1925 ANDRE COURT
READING  PA   19610

Petition Filed Date: 11/13/2017
341 Hearing Date: 01/16/2018
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $592.89 | | 02/25/2019 | $592.89 | | 03/25/2019 | $592.89 | |
| 04/29/2019 | $592.89 | | 06/03/2019 | $592.89 | | 07/08/2019 | $592.89 | |
| 07/26/2019 | $592.89 | | 08/28/2019 | $592.89 | | 09/27/2019 | $592.89 | |
| 11/04/2019 | $592.89 | 6297744000 | 12/02/2019 | $592.89 | 6370935000 | 12/27/2019 | $592.89 | 6432499000 |
| 01/27/2020 | $592.89 | 6504672000 | 03/02/2020 | $592.89 | 6596873000 | 03/25/2020 | $592.89 | 6660253000 |
| 04/28/2020 | $592.89 | 6744183000 | 06/01/2020 | $592.89 | 6824626000 | 06/24/2020 | $592.89 | 6885355000 |
| 07/27/2020 | $592.89 | 6961776000 | | | | | | |

**Total Receipts for the Period: $11,264.91    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,342.41**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK »» 007 | Unsecured Creditors | $1,567.18 | $0.00 | $1,567.18 |
| 4 | BANK OF AMERICA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | BECKET & LEE, LLP »» 008 | Unsecured Creditors | $260.45 | $0.00 | $260.45 |
| 9 | CREDIT FIRST NA »» 009 | Unsecured Creditors | $1,041.29 | $0.00 | $1,041.29 |
| 10 | CREDIT FIRST NA »» 010 | Unsecured Creditors | $978.43 | $0.00 | $978.43 |
| 54 | DELL FINANCIAL SERVICES LP »» 054 | Unsecured Creditors | $3,340.06 | $0.00 | $3,340.06 |
| 60 | DELL FINANCIAL SERVICES LP »» 060 | Unsecured Creditors | $1,699.33 | $0.00 | $1,699.33 |
| 6 | DISCOVER BANK »» 006 | Unsecured Creditors | $4,439.27 | $0.00 | $4,439.27 |
| 22 | DEPARTMENT STORE NATIONAL BANK »» 022 | Unsecured Creditors | $986.92 | $0.00 | $986.92 |
| 23 | DEPARTMENT STORE NATIONAL BANK »» 023 | Unsecured Creditors | $1,657.67 | $0.00 | $1,657.67 |
| 12 | FULTON BANK »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | UNITED STATES TREASURY (IRS) »» 51P | Priority Crediors | $13,638.06 | $11,979.54 | $1,658.52 |

**Chapter 13 Case No. 17-17716-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 51 | UNITED STATES TREASURY (IRS) »» 51U | Unsecured Creditors | $26,805.86 | $0.00 | $26,805.86 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $1,003.28 | $0.00 | $1,003.28 |
| 55 | LVNV FUNDING LLC »» 055 | Unsecured Creditors | $2,893.96 | $0.00 | $2,893.96 |
| 56 | LVNV FUNDING LLC »» 056 | Unsecured Creditors | $2,990.72 | $0.00 | $2,990.72 |
| 52 | LVNV FUNDING LLC »» 052 | Unsecured Creditors | $4,089.43 | $0.00 | $4,089.43 |
| 53 | MERRICK BANK »» 053 | Unsecured Creditors | $4,210.36 | $0.00 | $4,210.36 |
| 57 | MERRICK BANK »» 057 | Unsecured Creditors | $3,213.64 | $0.00 | $3,213.64 |
| 24 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 024 | Unsecured Creditors | $610.12 | $0.00 | $610.12 |
| 25 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $623.83 | $0.00 | $623.83 |
| 26 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 026 | Unsecured Creditors | $1,178.73 | $0.00 | $1,178.73 |
| 27 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 027 | Unsecured Creditors | $849.32 | $0.00 | $849.32 |
| 28 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 028 | Unsecured Creditors | $1,555.14 | $0.00 | $1,555.14 |
| 29 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 029 | Unsecured Creditors | $3,593.97 | $0.00 | $3,593.97 |
| 30 | MOMA FUNDING LLC »» 030 | Unsecured Creditors | $1,028.17 | $0.00 | $1,028.17 |
| 31 | MOMA FUNDING LLC »» 031 | Unsecured Creditors | $1,139.14 | $0.00 | $1,139.14 |
| 32 | MOMA FUNDING LLC »» 032 | Unsecured Creditors | $1,036.57 | $0.00 | $1,036.57 |
| 33 | MOMA FUNDING LLC »» 033 | Unsecured Creditors | $418.76 | $0.00 | $418.76 |
| 34 | MOMA FUNDING LLC »» 034 | Unsecured Creditors | $934.52 | $0.00 | $934.52 |
| 35 | MOMA FUNDING LLC »» 035 | Unsecured Creditors | $3,820.19 | $0.00 | $3,820.19 |
| 36 | MOMA FUNDING LLC »» 036 | Unsecured Creditors | $532.69 | $0.00 | $532.69 |
| 37 | MOMA FUNDING LLC »» 037 | Unsecured Creditors | $2,994.75 | $0.00 | $2,994.75 |
| 38 | MOMA FUNDING LLC »» 038 | Unsecured Creditors | $310.27 | $0.00 | $310.27 |
| 39 | MOMA FUNDING LLC »» 039 | Unsecured Creditors | $5,498.51 | $0.00 | $5,498.51 |
| 40 | MOMA FUNDING LLC »» 040 | Unsecured Creditors | $835.44 | $0.00 | $835.44 |
| 41 | MOMA FUNDING LLC »» 041 | Unsecured Creditors | $2,075.65 | $0.00 | $2,075.65 |
| 42 | MOMA FUNDING LLC »» 042 | Unsecured Creditors | $4,272.59 | $0.00 | $4,272.59 |
| 43 | MOMA FUNDING LLC »» 043 | Unsecured Creditors | $1,386.77 | $0.00 | $1,386.77 |
| 44 | MOMA FUNDING LLC »» 044 | Unsecured Creditors | $4,437.00 | $0.00 | $4,437.00 |
| 45 | MOMA FUNDING LLC »» 045 | Unsecured Creditors | $1,664.65 | $0.00 | $1,664.65 |
| 46 | MOMA FUNDING LLC »» 046 | Unsecured Creditors | $1,172.97 | $0.00 | $1,172.97 |
| 47 | MOMA FUNDING LLC »» 047 | Unsecured Creditors | $6,288.84 | $0.00 | $6,288.84 |
| 48 | MOMA FUNDING LLC »» 048 | Unsecured Creditors | $961.80 | $0.00 | $961.80 |
| 49 | MOMA FUNDING LLC »» 049 | Unsecured Creditors | $2,387.01 | $0.00 | $2,387.01 |

**Chapter 13 Case No. 17-17716-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 50 | MOMA FUNDING LLC<br>»» 050 | Unsecured Creditors | $3,821.49 | $0.00 | $3,821.49 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,095.52 | $0.00 | $1,095.52 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,192.78 | $1,926.12 | $266.66 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $4,113.08 | $0.00 | $4,113.08 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $538.68 | $0.00 | $538.68 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $4,443.04 | $0.00 | $4,443.04 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,574.00 | $0.00 | $1,574.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $1,283.23 | $0.00 | $1,283.23 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $568.61 | $0.00 | $568.61 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,823.63 | $0.00 | $2,823.63 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $574.81 | $0.00 | $574.81 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,188.85 | $0.00 | $1,188.85 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,064.97 | $0.00 | $2,064.97 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,017.63 | $0.00 | $1,017.63 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $773.66 | $0.00 | $773.66 |
| 58 | TD BANK USA NA<br>»» 058 | Unsecured Creditors | $1,352.19 | $0.00 | $1,352.19 |
| 59 | TD BANK USA NA<br>»» 059 | Unsecured Creditors | $1,762.17 | $0.00 | $1,762.17 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $16,342.41 | | Current Monthly Payment: | $592.89 |
| Paid to Claims: | $13,905.66 | | Arrearages: | ($592.89) |
| Paid to Trustee: | $1,369.55 | | Total Plan Base: | $32,350.44 |
| Funds on Hand: | $1,067.20 | | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.