| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-17716-PMM

ROBERT E  KARR  
DEBORAH E  KARR  
1925 ANDRE COURT  
READING  PA   19610

Petition Filed Date: 11/13/2017  
341 Hearing Date: 01/16/2018  
Confirmation Date: 01/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $592.89 | 7624177000 | 06/01/2021 | $592.89 | 7701616000 | 06/28/2021 | $592.89 | 7765466000 |
| 07/26/2021 | $592.89 | 7829542000 | 08/30/2021 | $592.89 | 7906709000 | 09/28/2021 | $592.89 | 7969269000 |
| 10/25/2021 | $592.89 | 8035734000 | 11/29/2021 | $592.89 | 8106695000 | 12/28/2021 | $592.89 | 8167762000 |
| 01/31/2022 | $592.89 | 8241786000 | 02/28/2022 | $592.89 | 8298968000 | 03/28/2022 | $592.89 | 8364538000 |
| 04/28/2022 | $592.89 | 8428150000 | 05/31/2022 | $592.89 | 8491436000 | 06/27/2022 | $592.89 | 8550131000 |
| 07/25/2022 | $592.89 | 8603376000 | | | | | | |

**Total Receipts for the Period: $9,486.24   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,571.77**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK<br>»»  007 | Unsecured Creditors | $1,567.18 | $73.32 | $1,493.86 |
| 4 | BANK OF AMERICA<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | BECKET & LEE, LLP<br>»»  008 | Unsecured Creditors | $260.45 | $0.00 | $260.45 |
| 9 | CREDIT FIRST NA<br>»»  009 | Unsecured Creditors | $1,041.29 | $48.77 | $992.52 |
| 10 | CREDIT FIRST NA<br>»»  010 | Unsecured Creditors | $978.43 | $49.68 | $928.75 |
| 54 | DELL FINANCIAL SERVICES LP<br>»»  054 | Unsecured Creditors | $3,340.06 | $156.29 | $3,183.77 |
| 60 | DELL FINANCIAL SERVICES LP<br>»»  060 | Unsecured Creditors | $1,699.33 | $79.51 | $1,619.82 |
| 6 | DISCOVER BANK<br>»»  006 | Unsecured Creditors | $4,439.27 | $225.34 | $4,213.93 |
| 22 | DEPARTMENT STORE NATIONAL BANK<br>»»  022 | Unsecured Creditors | $986.92 | $46.20 | $940.72 |
| 23 | DEPARTMENT STORE NATIONAL BANK<br>»»  023 | Unsecured Creditors | $1,657.67 | $77.58 | $1,580.09 |
| 12 | FULTON BANK<br>»»  012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 51 | UNITED STATES TREASURY (IRS)<br>»»  51P | Priority Crediors | $13,638.06 | $13,638.06 | $0.00 |
| 51 | UNITED STATES TREASURY (IRS)<br>»»  51U | Unsecured Creditors | $26,805.86 | $1,360.55 | $25,445.31 |

Chapter 13 Case No. 17-17716-PMM

| | | | | | |
|---|---|---|---|---|---|
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $1,003.28 | $46.96 | $956.32 |
| 55 | LVNV FUNDING LLC »» 055 | Unsecured Creditors | $2,893.96 | $135.46 | $2,758.50 |
| 56 | LVNV FUNDING LLC »» 056 | Unsecured Creditors | $2,990.72 | $139.94 | $2,850.78 |
| 52 | LVNV FUNDING LLC »» 052 | Unsecured Creditors | $4,089.43 | $207.54 | $3,881.89 |
| 53 | MERRICK BANK »» 053 | Unsecured Creditors | $4,210.36 | $213.69 | $3,996.67 |
| 57 | MERRICK BANK »» 057 | Unsecured Creditors | $3,213.64 | $150.38 | $3,063.26 |
| 24 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 024 | Unsecured Creditors | $610.12 | $16.45 | $593.67 |
| 25 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 025 | Unsecured Creditors | $623.83 | $16.84 | $606.99 |
| 26 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 026 | Unsecured Creditors | $1,178.73 | $55.16 | $1,123.57 |
| 27 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 027 | Unsecured Creditors | $849.32 | $33.02 | $816.30 |
| 28 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 028 | Unsecured Creditors | $1,555.14 | $72.77 | $1,482.37 |
| 29 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 029 | Unsecured Creditors | $3,593.97 | $168.18 | $3,425.79 |
| 30 | MOMA FUNDING LLC »» 030 | Unsecured Creditors | $1,028.17 | $48.09 | $980.08 |
| 31 | MOMA FUNDING LLC »» 031 | Unsecured Creditors | $1,139.14 | $53.29 | $1,085.85 |
| 32 | MOMA FUNDING LLC »» 032 | Unsecured Creditors | $1,036.57 | $48.54 | $988.03 |
| 33 | MOMA FUNDING LLC »» 033 | Unsecured Creditors | $418.76 | $16.27 | $402.49 |
| 34 | MOMA FUNDING LLC »» 034 | Unsecured Creditors | $934.52 | $36.30 | $898.22 |
| 35 | MOMA FUNDING LLC »» 035 | Unsecured Creditors | $3,820.19 | $193.94 | $3,626.25 |
| 36 | MOMA FUNDING LLC »» 036 | Unsecured Creditors | $532.69 | $16.46 | $516.23 |
| 37 | MOMA FUNDING LLC »» 037 | Unsecured Creditors | $2,994.75 | $140.17 | $2,854.58 |
| 38 | MOMA FUNDING LLC »» 038 | Unsecured Creditors | $310.27 | $15.74 | $294.53 |
| 39 | MOMA FUNDING LLC »» 039 | Unsecured Creditors | $5,498.51 | $279.10 | $5,219.41 |
| 40 | MOMA FUNDING LLC »» 040 | Unsecured Creditors | $835.44 | $32.48 | $802.96 |
| 41 | MOMA FUNDING LLC »» 041 | Unsecured Creditors | $2,075.65 | $97.10 | $1,978.55 |
| 42 | MOMA FUNDING LLC »» 042 | Unsecured Creditors | $4,272.59 | $216.87 | $4,055.72 |
| 43 | MOMA FUNDING LLC »» 043 | Unsecured Creditors | $1,386.77 | $64.86 | $1,321.91 |
| 44 | MOMA FUNDING LLC »» 044 | Unsecured Creditors | $4,437.00 | $225.22 | $4,211.78 |
| 45 | MOMA FUNDING LLC »» 045 | Unsecured Creditors | $1,664.65 | $77.92 | $1,586.73 |
| 46 | MOMA FUNDING LLC »» 046 | Unsecured Creditors | $1,172.97 | $54.92 | $1,118.05 |
| 47 | MOMA FUNDING LLC »» 047 | Unsecured Creditors | $6,288.84 | $319.22 | $5,969.62 |
| 48 | MOMA FUNDING LLC »» 048 | Unsecured Creditors | $961.80 | $48.82 | $912.98 |
| 49 | MOMA FUNDING LLC »» 049 | Unsecured Creditors | $2,387.01 | $111.71 | $2,275.30 |
| 50 | MOMA FUNDING LLC »» 050 | Unsecured Creditors | $3,821.49 | $193.95 | $3,627.54 |

**Chapter 13 Case No. 17-17716-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,095.52 | $51.28 | $1,044.24 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,192.78 | $2,192.78 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $4,113.08 | $4,113.08 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $538.68 | $16.67 | $522.01 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $4,443.04 | $225.48 | $4,217.56 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,574.00 | $73.68 | $1,500.32 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $1,283.23 | $65.08 | $1,218.15 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $568.61 | $15.32 | $553.29 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,823.63 | $132.13 | $2,691.50 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $574.81 | $15.52 | $559.29 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,188.85 | $55.64 | $1,133.21 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,064.97 | $96.60 | $1,968.37 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,017.63 | $47.59 | $970.04 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $773.66 | $33.17 | $740.49 |
| 58 | TD BANK USA NA<br>»» 058 | Unsecured Creditors | $1,352.19 | $63.29 | $1,288.90 |
| 59 | TD BANK USA NA<br>»» 059 | Unsecured Creditors | $1,762.17 | $82.45 | $1,679.72 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,571.77 | Current Monthly Payment: | $592.89 |
| Paid to Claims: | $26,582.42 | Arrearages: | ($592.89) |
| Paid to Trustee: | $2,549.38 | Total Plan Base: | $32,350.44 |
| Funds on Hand: | $1,439.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.