United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17716-pmm
Robert E. Karr  Chapter 13
Deborah E Karr
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Karr, Deborah E Karr, 1925 Andre Court, Reading, PA 19610-1423 |
| 14013793 | + | AIG Federal Savings Bank, 503 Carr Road, Wilmington, DE 19809-2863 |
| 14013795 | + | Aspire Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 14024931 | + | Bank of America, N.A., c/o Matteo S. Weiner, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14013824 | + | PA Department of Revenue, P.O. Box 280948, Harrisburg, PA 17128-0948 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14039172 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:29 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14013794 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:29 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14013796 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14031222 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14013797 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2023 00:35:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14013799 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:28 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14013798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2023 00:36:11 | Capital One, General Correspondence, Po Box 30285, Salt lake City, UT 84130-0285 |
| 14041908 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:15 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14013800 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 13 2023 00:36:12 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14013802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:54 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14013803 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 17-17716-pmm    Doc 58    Filed 01/14/23    Entered 01/15/23 00:32:25    Desc Imaged
                                Certificate of Notice    Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 13 2023 00:36:32 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14013804 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:14 | Citibank/Sunoco, Citicorp Credit Card/Centralized Bankrup, Po Box 790040, St Louis, MO 63179-0040 |
| 14013805 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14013806 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14013807 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14013808 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14013809 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14013810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | Comenitycap/frontgate, Po Box 182120, Columbus, OH 43218-2120 |
| 14013811 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14046754 | | Email/Text: BKPT@cfna.com | Jan 13 2023 00:35:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14013812 | + | Email/Text: BKPT@cfna.com | Jan 13 2023 00:35:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14013813 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 13 2023 00:36:30 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14013814 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 13 2023 00:36:31 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14013844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:55 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14013816 | ^ | MEBN | Jan 13 2023 00:24:51 | DSRM National Bank/Diamond Shamrock/Vale, Po Box 631, Amarillo, TX 79105-0631 |
| 14060391 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 00:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14032337 | | Email/Text: mrdiscen@discover.com | Jan 13 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14013815 | + | Email/Text: mrdiscen@discover.com | Jan 13 2023 00:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14013818 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2023 00:36:11 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14013819 | + | Email/Text: bankruptcy@fult.com | Jan 13 2023 00:35:00 | Fulton Bank, 1695 E State St, E Petersburg, PA 17520-1328 |
| 14055016 | + | Email/Text: bankruptcy@fult.com | Jan 13 2023 00:35:00 | Fulton Bank, N.A., One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 14013820 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 00:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14013801 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2023 00:36:50 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14013821 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2023 00:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, |

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-3043 |
| 14090540 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 13 2023 00:36:13 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14090441 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 13 2023 00:36:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14013822 | ^ | MEBN | | |
| | | | Jan 13 2023 00:24:51 | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14090481 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jan 13 2023 00:36:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14066589 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 13 2023 00:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14013823 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Jan 13 2023 00:35:56 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 14050575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 13 2023 00:36:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14020147 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14030183 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 13 2023 00:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14024392 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 13 2023 00:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14013828 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:53 | SYNCB/Ikea, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013830 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:11 | SYNCB/Texaco, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013829 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:12 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013831 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:29 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013825 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:11 | Syncb/car Care Pep B, Po Box 96060, Orlando, FL 32896-0001 |
| 14013826 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:29 | Syncb/citgo, Po Box 965060, Orlando, FL 32896-5060 |
| 14013827 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:29 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013832 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:29 | Syncb/wolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14014416 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14013833 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:53 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013834 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:11 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013835 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jan 13 2023 00:36:11 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013836 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 13 2023 00:36:29 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013837 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:12 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013838 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013839 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:11 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013840 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:29 | Synchrony Bank/ShopNBC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013841 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:12 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14091265 | + | Email/Text: bncmail@w-legal.com | Jan 13 2023 00:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14013842 | + | Email/Text: bncmail@w-legal.com | Jan 13 2023 00:35:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14013843 | + | Email/Text: bncmail@w-legal.com | Jan 13 2023 00:35:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14013817 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 13 2023 00:35:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14090539 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |

| District/off: 0313-4 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 138OBJ | Total Noticed: 73 |

JACQUELINE MORGAN
    on behalf of Creditor Kenneth Bruce Kane jmorgan@lowenthalabrams.com

KEVIN G. MCDONALD
    on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com

PAUL H. HERBEIN
    on behalf of Debtor Robert E. Karr PHERBEIN@AOL.COM  herbeinlaw@gmail.com

PAUL H. HERBEIN
    on behalf of Joint Debtor Deborah E Karr PHERBEIN@AOL.COM  herbeinlaw@gmail.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert E. Karr and Deborah E Karr

      Debtor(s)

Case No: 17−17716−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/12/23