United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert E. Karr  
Deborah E Karr  
    Debtors

Case No. 17-17716-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Feb 03, 2023     Form ID: 3180W     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Karr, Deborah E Karr, 1925 Andre Court, Reading, PA 19610-1423 |
| 14090539 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 04 2023 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 04 2023 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14039172 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2023 00:13:53 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14031222 | | EDI: BANKAMER.COM | Feb 04 2023 05:09:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14041908 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2023 00:13:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14046754 | | EDI: CRFRSTNA.COM | Feb 04 2023 05:09:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14060391 | | EDI: Q3G.COM | Feb 04 2023 05:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14032337 | | EDI: DISCOVER.COM | Feb 04 2023 05:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14055016 | + | Email/Text: bankruptcy@fult.com | Feb 04 2023 00:05:00 | Fulton Bank, N.A., One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 14013820 | | EDI: IRS.COM | Feb 04 2023 05:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14090540 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2023 00:13:32 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14090441 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2023 00:13:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14090481 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2023 00:13:53 | MERRICK BANK, Resurgent Capital Services, |

Case 17-17716-pmm  Doc 60  Filed 02/05/23  Entered 02/06/23 00:27:34  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 14066589 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2023 00:05:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14050575 | | EDI: PRA.COM | Feb 04 2023 05:09:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14020147 | | EDI: PENNDEPTREV | Feb 04 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14020147 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14030183 | + | EDI: JEFFERSONCAP.COM | Feb 04 2023 05:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14024392 | | EDI: Q3G.COM | Feb 04 2023 05:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14091265 | + | Email/Text: bncmail@w-legal.com | Feb 04 2023 00:05:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2023             Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| JACQUELINE MORGAN | on behalf of Creditor Kenneth Bruce Kane jmorgan@lowenthalabrams.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Feb 03, 2023 | Form ID: 3180W | Total Noticed: 21

PAUL H. HERBEIN
    on behalf of Debtor Robert E. Karr PHERBEIN@AOL.COM herbeinlaw@gmail.com

PAUL H. HERBEIN
    on behalf of Joint Debtor Deborah E Karr PHERBEIN@AOL.COM herbeinlaw@gmail.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert E. Karr<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0686<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deborah E Karr<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8031<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   17–17716–pmm

## Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Robert E. Karr                                        Deborah E Karr

  2/2/23                                                **By the court:** Patricia M. Mayer
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**